# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D22-234

_____

BRITNEE A. MILLER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John F. Simon, Judge.

September 29, 2022

PER CURIAM.

AFFIRMED.

KELSEY, JAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Britnee A. Miller, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.